# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152207

KAMI PLASTER,

       Plaintiff-Appellee,

v

       SC: 152207
       COA: 327389

ROBERT EUGENE PLASTER,

       Defendant-Appellant.

_____

       On order of the Chief Justice, defendant-appellant having failed to pay the partial filing fee as required by the order of September 28, 2015, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2015



Clerk

jam